IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERIC AND TRACY EHMANN,

                       Plaintiffs,                        ORDER

     v.

                                                     19-cv-586-wmc

NICHOLAS AND TRISH METROPOLUS,
d/b/a Home of The Hodag Wear, d/b/a
Metro Screenprinting and Embroidery,

                       Defendants.

       This case is proceeding to trial on March 15, 2021. On March 5, the court held a final pretrial conference. The court discussed its previous order on the parties' motions in limine and addressed the issues on which it reserved ruling, as well as the voir dire questions, introductory jury instructions, and exhibits. The court granted the following motions filed by plaintiffs on which it previously reserved ruling: motion in limine to permit Sharon Jenkins to testify via video (dkt. #131), motion to seal Jenkins's declaration in support of that motion (dkt. #130), and motions for leave to file papers (dkt. ##110, 112).

       The court also asked for further briefing from defendants by March 8 on the following issues:

- Defendants' motion in limine #6 (dkt. #98) regarding the admissibility of testimony about the non-exclusive licensing agreement allegedly issued in satisfaction of Tracy Ehmann's debt to defendants.

- The admissibility and relevance of evidence that Eric Ehmann made copyright infringement accusations against other individuals, including Dave Meinert.

- Legal and factual support for the defenses that they intend to present, including notice of copyright, authorized use, abandonment/waiver, and abuse or overreaching of copyright.

Plaintiffs shall have until March 10 to respond.

By March 8, the parties also shall provide the court with any additional voir dire questions that they propose, along with any argument for why the questions should be included. Responses, if any, to those proposals are due by March 10. By March 8, plaintiffs shall further file copies of all copyright certificates that they claim have been infringed by the defendants in this case or any other third-party, as well as their expert report. Similarly, defendants shall identify the representative from Digital Foresnics who will testify by Monday March 8.

Finally, the parties shall produce their exhibit lists in a form previously designated by the court, as well as copies of all exhibits, to each other on or before March 8, then consult as to these exhibits on March 9, and file any objections to the exhibits by March 11, along with a copy of all their exhibits to which an objection remains.

ORDER

IT IS ORDERED that:

1. Plaintiffs' motion in limine, motion to seal, and motions to file papers (dkt. ##110, 112, 130, 131) are GRANTED.

2. The parties should be prepared to discuss all of the above matters at a second pretrial conference at 3:00 p.m. on Friday, March 12, 2021.

Entered this 5th day of March, 2021.

BY THE COURT:

/s/

WILLIAM M. CONLEY
District Judge