IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERIC EHMANN and TRACY EHMANN,

                Plaintiffs,

v.

NICHOLAS METROPULOS,                  Case No. 19-cv-586-wmc
d/b/a Home of the Hodag Wear,
d/b/a Metro Screenprinting and Embroidery and
TRISH METROPULOS,

                Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Nicholas Metropulos and Trish Metropulos in accordance with the jury's verdict.

Approved as to form this 17th day of March, 2021.

_____
William M. Conley
District Judge

_____          3/17/21
Peter Oppeneer                                       Date
Clerk of Court